517 Pa. 323 (1988)
536 A.2d 339
COMMONWEALTH of Pennsylvania
v.
Thomas DeBLASE, Appellant.
Supreme Court of Pennsylvania.
Argued January 21, 1988.
Decided January 22, 1988.
Henry T. Crocker, Pottstown, for appellant.
Thomas E. Waters, Jr., Dist. Atty., Mary Ann Killinger, Norristown, for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER
PER CURIAM:
Appeal dismissed as having been improvidently granted.